IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR114 |
| CREIGHTON BARNER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **August 10, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Sever [17] filed by the defendant Creighton Barner

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 24th day of July, 2006.

                                     BY THE COURT:

                                     s/ F.A. Gossett
                                   United States Magistrate Judge