IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR114 |
| CREIGHTON BARNER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Continue Hearing [20] due to medical reasons. The government has no objection to the continuance. Good cause being shown, the motion will be granted and the previously scheduled hearing on defendant's Motion to Sever will be rescheduled.

IT IS ORDERED:

1. That the defendant's Motion to Continue Hearing [20] is granted; and

2. That the hearing on the Motion to Sever [17] filed by the defendant Creighton Barner is continued to **September 26, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge