IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:06CR114 |
| CREIGHTON BARNER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED:

1. That the hearing on the Motion to Sever [17] filed by the defendant Creighton Barner is continued to **October 25, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

2. Since this is a criminal case, the defendant must be present.

DATED this 10th day of October, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge