IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR114 |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| v. | ) | |
| | ) | |
| CREIGHTON BARNER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Provide Transportation and Subsistence to Defendant. Defendant is indigent and is in need of non-custodial transportation and any authorized subsistence for the scheduled March 15, 2007 change of plea hearing, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion is granted and;

2. That the U.S. Marshals shall provide noncustodial transportation for Defendant between Belleville, Kansas and Omaha, Nebraska in the form of round-trip mileage, and any authorized subsistence, not to exceed the authorized per diem.

DATED this 15 day of March, 2007.

BY THE COURT:

_____
CHIEF UNITED STATES DISTRICT JUDGE